UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Trustees of the Laborers' International Union…et al,

                                        Plaintiff(s),

                                                                    **O R D E R**

          -against –

                                                                    7:25-CV-04877 (CS)

The Grasso Companies, LLC et al,

                                        Defendant(s).
------------------------------------------------------------------X

Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within sixty (60) days of the date of this order,

Plaintiff may apply by letter within the sixty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.


        **SO ORDERED**.

Dated: March 24, 2026

        White Plains, New York



_____
        CATHY SEIBEL, U.S.D.J.